## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### (Newark Vicinage)

| | |
|---|---|
| **AMERICAN GENERAL LIFE INSURANCE COMPANY,** | **Civil Action No. 2:21-CV-00530** |
| **Plaintiff,** | **Hon. Kevin McNulty** |
| **v.** | **Hon. James B. Clark, III** |
| **TERRY ALLEN, RABBI GARLAND, MILLER & HILL FUNERAL DIRECTORS, and FFC ACQUISITION CO., LLC d/b/a FUNERAL FUNDING CENTER,** | **CONSENT FINAL JUDGMENT OF DISCHARGE AND DISBURSEMENT** |
| **Defendants.** | |

**THIS MATTER**, having come before the Court on the Plaintiff American General Life Insurance Company and Defendant Terry Allen's joint motion to approve consent final judgment of discharge and disbursement (Doc. 22), and for good cause shown,

**IT IS** on this 4th day of January, 2022,

**ORDERED** that the Joint Motion to Approve Consent Final Judgment of Discharge and Disbursement is hereby **GRANTED** in its entirety; and it is further

**ORDERED** that American General is hereby **DISMISSED with prejudice** from this action and **DISCHARGED** from any and all liability to Terry Allen, Rabbi

Garland, Miller & Hill Funeral Directors, and FFC Acquisition Co., LLC d/b/a Funeral Funding Center, and to any person, firm, estate, corporation, or entity on account of or in any way related to American General Life Insurance Company policy number MDA0046932 issued to the late Nellie Harrington and/or related to the handling or processing of any claims made under American General Life Insurance Company policy number MDA0046932 issued to the late Nellie Harrington; and it is further

ORDERED that Terry Allen, Rabbi Garland, Miller & Hill Funeral Directors, and FFC Acquisition Co., LLC d/b/a Funeral Funding Center, and each of their respective attorneys, representatives, successors, assigns, and heirs are hereby permanently ENJOINED from instituting or prosecuting against American General any proceeding in any state or United States Court or administrative tribunal relating to the benefits due under American General Life Insurance Company policy number MDA0046932 issued to the late Nellie Harrington and/or related to the handling or processing of any claims made under American General Life Insurance Company policy number MDA0046932 issued to the late Nellie Harrington; and it is further

ORDERED that the Clerk of Court is directed to enter DEFAULT JUDGMENT against Defendants Rabbi Garland, Miller & Hill Funeral Directors, and FFC Acquisition Co., LLC d/b/a Funeral Funding Center, which serves to terminate their interest, if any, in the benefits due under American General Life

2

Insurance Company policy number MDA0046932 issued to the late Nellie Harrington; and it is further

**ORDERED** that American General Life Insurance Company is directed to disburse to Defendant Terry Allen the benefits due under American General Life Insurance Company policy number MDA0046932 issued to the late Nellie Harrington; and it is further

**ORDERED** that the Clerk of Court is hereby directed to close this case.

/s/ Kevin McNulty
Hon. Kevin McNulty, U.S.D.J.

Dated: 1/3/2022